IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| David A. White, ) | |
| ) | |
| Plaintiff, ) | Civil Action File No.: |
| ) | 1:23-cv-05998-TWT-RDC |
| v. ) | |
| ) | |
| Experian Information Solutions, ) | |
| Inc., ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF SETTLEMENT

Plaintiff hereby notifies the Court that a settlement of the above-referenced action has been reached with Defendant. The parties need to document and conclude the settlement. Plaintiff will thereafter file or otherwise move for a dismissal as to Defendant. Accordingly, Plaintiff respectfully submits that this obviates the need for the parties to make any Court required filings prior to dismissal.

Respectfully submitted this 9th day of February, 2024.

**BERRY & ASSOCIATES**

*/s/ Matthew T. Berry*
Matthew T. Berry
Georgia Bar No.: 055663
matt@mattberry.com
Telephone: (404) 235-3334

        2751 Buford Highway, Suite 600
        Atlanta, GA 30324

        */s/ Chris Armor*
        Christopher N. Armor
        Georgia Bar No. 614061
        P.O. Box 509
        Londonderry, VT 05148
        Phone: 651-208-6441
        Fax: 404-592-6102
        Email: chris.armor@armorlaw.com

        *Counsel for Plaintiffs*